

# Fourth Court of Appeals
## San Antonio, Texas

March 14, 2019

No. 04-17-00338-CV

Travis **CROW**, Britt A. Crow, Laurian Crow Edison, and Karen A. Kraft,
Appellants

v.

Heddie Knappick **LOOKADOO**, Lisa Knappick Lucas, Mary Brown, Margaret Brown Nugent, Charles Brown, Joseph Gallagher, Josephine Brown Noll, Pamela Gallagher Palmer, and Irene B. Zoeller,
Appellees

From the 218th Judicial District Court, La Salle County, Texas
Trial Court No. 14-10-00188-CVL
Honorable Donna S. Rayes, Judge Presiding

## O R D E R

Appellants have filed a Third Response to Abatement, in which appellants assert the parties jointly request that we extend the abatement of this appeal for thirty days so that the parties may effectuate the terms of their settlement agreement. The request is **GRANTED**. It is **ORDERED** that appellants file, on or before April 3, 2019, a response in this court addressing whether the abatement should be lifted and the appeal reinstated on the docket of this court. TEX. R. APP. P. 42.1, 43.2; *see Caballero v. Heart of Texas Pizza, L.L.C.*, 70 S.W.3d 180, 180 (Tex. App.—San Antonio 2001, no pet.).

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of March, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court